NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone:  (415) 977-8825
        Facsimile:  (415) 744-0134
        Email:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARIA MEDRANO, | 5:19-cv-01267-KES |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security,[1] | |
| Defendant. | |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |
| 5 | |
| 6 | DATED: December 10, 2019   */s/ Karen E. Scott* |
| 7 | HONORABLE JUDGE KAREN E. SCOTT |
| 8 | UNITED STATES MAGISTRATE JUDGE |